# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:23-cv-00027-PSG-E

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 01/04/2023

Date of judgment or order you are appealing: 08/04/2023

Docket entry number of judgment or order you are appealing: 33

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

The North River Insurance Company

Is this a cross-appeal?  ○ Yes  ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Sabrina H. Strong   **Date** August 31, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> The North River Insurance Company

Name(s) of counsel (if any):

> Sabrina H. Strong, Zoheb P. Noorani
> O'MELVENY & MYERS LLP

Address: 400 South Hope Street, Los Angeles, CA 90071

Telephone number(s): (213) 430-6000

Email(s): sstrong@omm.com; znoorani@omm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> James River Insurance Company

Name(s) of counsel (if any):

> Jeffrey Vincent Commisso, Benjamin D. Brooks, John T. Brooks
> SHEPPARD MULLIN RICHTER AND HAMPTON LLP

Address: 501 West Broadway, 18th Floor, San Diego, CA 92101

Telephone number(s): (619) 338-6500

Email(s): jcommisso@sheppardmullin.com; bbrooks@sheppardmullin.com; jbrooks@sheppardmullin.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
James River Insurance Company

Name(s) of counsel (if any):
Jennifer Yu Sacro, Larry Mark Golub
SACRO AND WALKER LLP

Address: 700 North Brand Boulevard, Suite 610, Glendale, CA 91203

Telephone number(s): (818) 721-9597

Email(s): jsacro@sacrowalker.com; lgolub@sacrowalker.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*